# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) |
| Richard Frances Cerrone, Jr. | ) Chapter 13 |
| Debtor(s) | ) Case No. 16-40812-HJB |

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_____ Unsecured dividend changed from _____% to _____%.

__X__ Plan payments are changed from $547.00 to $566.00 each month.

_____ The term of the plan is reduced to _____ months.

_____ The treatment of claims shall be changed as follows:

- The City of Worcester will be paid a secured claim in the amount of $1,503.74 per its Proof of Claim filed.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 12/12/16

ATTORNEY FOR DEBTOR(S)
Ray Mestre, Esq.

DEBTOR - Richard Frances Cerrone, Jr.

ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR -

ATTORNEY FOR CREDITOR